```
                                                FILED
                                         CLERK, U.S. DISTRICT COURT

                                              AUG - 1 2008

                                         CENTRAL DISTRICT OF CALIFORNIA
                                         BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER ROBERT LUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO CANTU, et al.,<br><br>    Defendants. | Case No. CV 07-0867 ABC (AJW)<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION OF<br>MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the attached Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

    **IT IS SO ORDERED**.

DATED: _____8/1_____, 2008

                                                                      _/s/ A. B. Collins_
                                                                      AUDREY B. COLLINS
                                                                      United States District Judge