FILED
CLERK, U.S. DISTRICT COURT

AUG - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CHRISTOPHER ROBERT LUTE,                )
                                        )
    Plaintiff,                          )   Case No. 07-867 ABC (AJW)
                                        )
    v.                                  )
                                        )   [PROPOSED]
ALBERTO CANTU, et al.,                  )   J U D G M E N T
                                        )
    Defendant(s).                       )
_____)

**IT IS ADJUDGED** that (1) plaintiff's claims against Alberto Cantu and Denise Judd in their individual capacity are dismissed without prejudice; (2) plaintiff's claims against Alberto Cantu and Denise Judd in their official capacity are dismissed with prejudice; and (3) plaintiff's claims against J. Neubarth, M.D. are dismissed with prejudice.

DATED: _____Aug 1_____, 2008

                                    _____
                                    AUDREY B. COLLINS
                                    United States District Judge